```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ANTONIO NAVARRETE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-06-291 LKK |
|---|---|
| Plaintiff, | ) |
|  | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
|  | ) **AND EXCLUDING TIME** |
| ANTONIO NAVARRETE, | ) |
|  | ) |
| Defendant. | ) Date: August 8, 2006 |
|  | ) Time: 9:30 a.m. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Antonio Navarrete, though their respective attorneys, that the status conference scheduled for August 8, 2006, may be continued to August 29, 2006, at 9:30 a.m.

The defense has just received discovery, which must be reviewed with Mr. Navarrete in Spanish. Additional time is needed to complete this task before the case may be further scheduled. The parties therefore agree that time should be excluded from the date of this order through August 29, 2006, under the Speedy Trial Act, pursuant to Title 18, United

1 States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv)(Local Code
2 T4).

3                                             Respectfully submitted,

4                                             DANIEL J. BRODERICK
                                            Federal Defender
5

6 Dated: August 4, 2006      /s/ T. Zindel
                                            TIMOTHY ZINDEL
7                                             Assistant Federal Defender
                                            Attorney for ANTONIO NAVARRETE
8

9                                             MCGREGOR SCOTT
                                            United States Attorney
10

11 Dated: August 4, 2006      /s/ T. Zindel for H. Coppola
                                            HEIKO P. COPPOLA
12                                             Assistant U.S. Attorney
                                            Attorney for Plaintiff
13

14 **O R D E R**

15     The status conference is continued to August 29, 2006, at 9:30 a.m.
16 The court finds that a continuance is necessary to give counsel necessary
17 time to review discovery and that the ends of justice served by granting
18 a continuance outweigh the best interests of the public and the defendant
19 in a speedy trial. Time is therefore excluded from the date of this
20 order through August 29, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
21 (B)(iv).

22     IT IS SO ORDERED.

23

24 DATED: August 4, 2006                                              
25                                             LAWRENCE K. KARLTON
                                            SENIOR JUDGE
26                                             UNITED STATES DISTRICT COURT

27

28