```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    ANTONIO NAVARRETE
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | No. CR. S-06-291 LKK |
|                                    ) | |
|                   Plaintiff,       ) | |
|                                    ) | **STIPULATION AND ORDER** |
|      v.                            ) | **CONTINUING STATUS CONFERENCE** |
|                                    ) | **AND EXCLUDING TIME** |
| ANTONIO NAVARRETE,                 ) | |
|                                    ) | |
|                   Defendant.       ) | Date:  August 29, 2006 |
|                                    ) | Time:  9:30 a.m. |
| _____    ) | Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Antonio Navarrete, though their respective attorneys, that the status conference scheduled for August 29, 2006, may be continued to September 19, 2006, at 9:30 a.m.

The parties are scheduled to meet next week to determine what if any common ground exists regarding resolution of the case. There are a number of issues to be discussed and resolved and it is likely that a more careful review of the discovery will be needed. Accordingly, the parties agree that time under the Speedy Trial Act should be excluded

1 from the date of this order through September 19, 2006, pursuant to Title
2 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and
3 (B)(iv)(Local Code T4).

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: August 23, 2006              /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for ANTONIO NAVARRETE


                                    MCGREGOR SCOTT
                                    United States Attorney

Dated: August 23, 2006              /s/ T. Zindel for H. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**O R D E R**

The status conference is continued to September 19, 2006, at 9:30 a.m. The court finds that a continuance is necessary to give counsel necessary time to meet and confer, and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through September 19, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: August 24, 2006

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT