1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ANTONIO NAVARRETE

7

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        ) No. CR. S-06-291 LKK
                                     )
14              Plaintiff,           )
                                     ) **STIPULATION AND ORDER**
15      v.                           ) **CONTINUING STATUS CONFERENCE**
                                     ) **AND EXCLUDING TIME**
16 ANTONIO NAVARRETE,                )
                                     )
17              Defendant.           ) Date:  September 11, 2006
                                     ) Time:  9:30 a.m.
18 _____ ) Judge: Hon. Lawrence K. Karlton

19

20      It is hereby stipulated and agreed between plaintiff, United States

21 of America, and defendant, Antonio Navarrete, though their respective

22 attorneys, that the status conference scheduled for September 19, 2006,

23 may be continued to October 11, 2006, at 9:30 a.m.

24      Counsel for the parties are scheduled to meet on September 27 to

25 determine what common ground exists regarding resolution of the case (an

26 earlier meeting was canceled because of illness).  There are a number of

27 issues to be discussed and resolved and it is likely that a more careful

28 review of the discovery will be needed.  Accordingly, the parties agree

1    that time under the Speedy Trial Act should be excluded from the date of

2    this order through October 11, 2006, pursuant to Title 18, United States

3    Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv)(Local Code T4).

4                                    Respectfully submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender
6

7    Dated:   September 15, 2006     /s/ T. Zindel
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for ANTONIO NAVARRETE
9

10                                   MCGREGOR SCOTT
                                     United States Attorney
11

12   Dated:   September 15, 2006     /s/ T. Zindel for H. Coppola
                                     HEIKO P. COPPOLA
13                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
14

15                            **O R D E R**

16        The status conference is continued to October 11, 2006, at 9:30 a.m.

17   The court finds that a continuance is necessary to give counsel necessary

18   time to meet and confer, and that the ends of justice served by granting

19   a continuance outweigh the best interests of the public and the defendant

20   in a speedy trial.   Time is therefore excluded from the date of this

21   order through October 11, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and

22   (B)(iv).

23        IT IS SO ORDERED.

24

25   DATED:   September 15, 2006

26                                   LAWRENCE K. KARLTON
27                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
28