1 DANIEL J. BRODERICK, #89424
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700

5

6 Attorney for Defendant
ANTONIO NAVARRETE

7

8

9                IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )  No. CR. S-06-291 LKK
                                  )
14              Plaintiff,        )
                                  )
15       v.                       )  **STIPULATION AND ORDER**
                                  )  **CONTINUING STATUS CONFERENCE**
16 ANTONIO NAVARRETE,             )  **AND EXCLUDING TIME**
                                  )
17              Defendant.        )  Date:  October 11, 2006
                                  )  Time:  9:30 a.m.
18 _____ )  Judge: Hon. Lawrence K. Karlton

19

20       It is hereby stipulated and agreed between plaintiff, United States

21 of America, and defendant, Antonio Navarrete, though their respective

22 attorneys, that the status conference scheduled for October 11, 2006, may

23 be continued to October 31, 2006, at 9:30 a.m.

24       Counsel for the parties have met to discuss a possible pretrial

25 resolution.  Several issues remain unsettled and defense counsel must

26 consult with Mr. Navarrete regarding these issues.  So that these issues

27 may be adequately considered, the parties request that the status

28 conference be continued as set forth above and that time under the Speedy

1  Trial Act be excluded through October 31, 2006, pursuant to Title 18,

2  United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv)(Local

3  Code T4).

4                                    Respectfully submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender
6

7  Dated:  October 5, 2006           /s/ T. Zindel
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for ANTONIO NAVARRETE
9

10                                   MCGREGOR SCOTT
                                     United States Attorney
11

12 Dated:  October 5, 2006           /s/ T. Zindel for H. Coppola
                                     HEIKO P. COPPOLA
13                                   Attorney for Plaintiff

14

15                          **O R D E R**

16       The status conference is continued to October 31, 2006, at 9:30 a.m.

17 The court finds that a continuance is necessary for the reasons set forth

18 above and that the ends of justice served by granting a continuance

19 outweigh the best interests of the public and the defendant in a speedy

20 trial.   Time is therefore excluded from the date of this order through

21 October 31, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

22       IT IS SO ORDERED.

23

24 DATED:  October 6, 2006

25

26                                   LAWRENCE K. KARLTON
                                     SENIOR JUDGE
27                                   UNITED STATES DISTRICT COURT

28