DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO NAVARRETE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-06-291 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| ANTONIO NAVARRETE, | ) | |
| | ) | |
| Defendant. | ) | Date: October 31, 2006 |
| | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Antonio Navarrete, though their respective attorneys, that the status conference scheduled for October 31, 2006, may be continued to December 12, 2006, at 9:30 a.m.

Counsel for the parties have met to discuss a possible pretrial resolution but several issues remain unsettled. The assigned prosecutor is unable to complete his review of these issues because of other assignments during the month of November; there is also new discovery to review. Because the parties anticipate resolving the case, they request

1  that the status conference be continued as set forth above and that time
2  under the Speedy Trial Act be excluded through December 12, 2006,
3  pursuant to Title 18, United States Code, Section 3161(h)(1)(C) and
4  (h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  October 25, 2006        /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for ANTONIO NAVARRETE


                                MCGREGOR SCOTT
                                United States Attorney

Dated:  October 25, 2006        /s/ T. Zindel for H. Coppola
                                HEIKO P. COPPOLA
                                Attorney for Plaintiff


**O R D E R**

The status conference is continued to December 12, 2006, at 9:30 a.m.  The court finds that a continuance is necessary for the reasons set forth above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through December 12, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  October 26, 2006

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip in U.S.A. v. Navarrete              -2-