DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO NAVARRETE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-291 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| ANTONIO NAVARRETE, ) | |
| ) | |
| Defendant. ) | Date:  December 12, 2006 |
| ) | Time:  9:30 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Antonio Navarrete, though their respective attorneys, that the status conference scheduled for December 12, 2006, may be continued to December 19, 2006, at 9:30 a.m.

Mr. Navarrete seeks additional time to consider a written plea offer forwarded to him this week and to consult with others about it. For that reason, the parties ask to continue the status conference one week and further ask that the Court order time under the Speedy Trial Act excluded

through December 19, 2006, pursuant to Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: December 8, 2006      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ANTONIO NAVARRETE

MCGREGOR SCOTT
United States Attorney

Dated: December 8, 2006      /s/ T. Zindel for H. Coppola
HEIKO P. COPPOLA
Attorney for Plaintiff

# O R D E R

The status conference is continued to December 19, 2006, at 9:30 a.m. The court finds that a continuance is necessary for the reasons set forth above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 19, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: December 8, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT