```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6

 7  Attorney for Defendant
    ANTONIO NAVARRETE
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-06-291 LKK |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| ANTONIO NAVARRETE, | ) |
| Defendant. | ) Date:  December 19, 2006 |
| | ) Time:  9:30 a.m. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Antonio Navarrete, though their respective attorneys, that the status conference scheduled for December 19, 2006, may be continued to January 9, 2007, at 9:30 a.m.

Mr. Navarrete seeks additional time to consider a written plea offer recently forwarded to him and to consult with others about it. For that reason, the parties ask to continue the status conference to January 9 and further ask that the Court order time under the Speedy Trial Act

1 excluded through that date pursuant to Title 18, United States Code,
2 Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: December 14, 2006   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ANTONIO NAVARRETE

MCGREGOR SCOTT
United States Attorney

Dated: December 14, 2006   /s/ T. Zindel for H. Coppola
HEIKO P. COPPOLA
Attorney for Plaintiff

# O R D E R

The status conference is continued to January 9, 2007, at 9:30 a.m. The court finds that a continuance is necessary for the reasons set forth above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through January 9, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: December 15, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT