DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO NAVARRETE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-0291 LKK |
| ) Plaintiff, ) | |
| ) | **ORDER ON OBJECTION TO** |
| v. ) | **PRESENTENCE REPORT** |
| ) | **(** |
| ANTONIO NAVARRETE, ) | |
| ) Defendant. ) | |
| _____ ) | |

   Mr. Navarrete objects to the presentence report's recommendation that his sentence be based on cultivation of 11,380 marijuana plants growing around the forest where he was arrested. The parties agree that the correct base offense level is 26 based on cultivation of 1000 to 4000 plants. Mr. Navarrete admitted to arresting agents that he tended a total of 1500 plants in one of seven gardens in the area.

   For the reasons stated in Mr. Navarrete's formal objection filed March 26, 2007, and at the hearing on Judgment and Sentencing, the court SUSTAINS the objection and orders the report corrected as follows:

1.   Paragraph 16 is revised to state that defendant is responsible for only the 1500 plants he intended to and did cultivate.  Evidence that he knew others were cultivating marijuana in the area is not sufficient to show that he knew how many plants were under cultivation of that he joined others in cultivating larger amounts within the meaning of guidelines section 1B1.3.  Under the Drug Quantity Table to guidelines section 2D1.1, manufacture of 1500 plants results in a base offense level of 26, the level applicable to cultivation of between 1000 and 4000 plants.

2.   ¶ 19 – the correct adjusted offense level is 22.

3.   ¶ 23 – the correct total offense level is 19.

4.   ¶ 40 – the correct guideline range is 30 to 37 months (total offense level 19 and criminal history category I).

5.   ¶ 42 – the correct guideline range is 30 to 37 months.

6.   Justification and Recommendation.  The custody range is 30 to 37 months and the fine range is $6,000 to $60,000.

7.   ¶ 51 – the correct guideline range is 30 to 37 months. The presentence report shall be corrected to reflect these findings.

IT IS SO ORDERED.

Dated: April 3, 2007

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT